

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| H.B.C., | § | No. 08-14-00136-CV |
| Appellant, | § | Appeal from |
| v. | § | 109th District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § § | of Andrews County, Texas |
| Appellee. | § | (TC # 19,133) |

## MEMORANDUM OPINION

H.B.C. appeals from a judgment terminating his parental rights.  We affirm.

Court-appointed counsel has concluded that, after thorough review of the record, the appeal is frivolous and without merit.  Thus, counsel has filed a motion to withdraw and a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738, 741-744, 87 S.Ct. 1396, 1398-1400, 18 L.Ed.2d 493 (1967).  In *Anders*, the Supreme Court recognized that counsel, though appointed to represent the appellant in a criminal conviction, had no duty to pursue a frivolous matter on appeal.  *Anders*, 386 U.S. at 744.  Counsel was permitted to withdraw after informing the court of his conclusion and the effort made in arriving at that conclusion.  *Id.  Anders* is applicable to an appeal from a termination of parental rights where court-appointed counsel has determined that the appeal is frivolous.  *In re J.B.*, 296 S.W.3d 618,

619 (Tex.App.--El Paso 2009, no pet.).  Counsel's brief meets the requirements of *Anders v. California* by advancing contentions which counsel says may arguably support the appeal.  *See High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex.Crim.App.1974).

Counsel mailed to H.B.C. a copy of counsel's brief and a copy of the reporter's record and advised him of his right to examine the appellate record and file a *pro se* brief.  H.B.C. has not made any request to review any portion of the clerk's record and he has not filed a *pro se* brief.  We have carefully reviewed the record and counsel's brief and agree that the appeal is wholly frivolous and without merit.  Further, we find nothing in the record that might arguably support the appeal.  The trial court's order terminating H.B.C.'s parental rights is affirmed.

August 13, 2014
                                 ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

2